No. 10–8611.  PEREZ-VILLANUEVA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8618.  ANDERSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–8623.  VASQUEZ-MARTINEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8624.  WETTSTAIN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–8626.  THACH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–8627.  MURINKO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–8632.  BERNARD *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 10–387.  MISSOURI *v.* VACA.  Sup. Ct. Mo.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 10–489.  CONNECTICUT ET AL. *v.* DUNCAN, SECRETARY OF EDUCATION, ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–490.  UTAH *v.* OTT.  Sup. Ct. Utah.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 10–719.  SCHEFFER ET AL. *v.* CIVIL SERVICE EMPLOYEES ASSN., LOCAL 828, ET AL.  C. A. 2d Cir.  Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–773.  GEIER ET AL. *v.* OMNIGLOW CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–814.  MORTIMER OFF SHORE SERVICES, LTD. *v.* FEDERAL REPUBLIC OF GERMANY.  C. A. 2d Cir.  Certiorari de-